Ronald J. DWORSHAK *v.* STATE of Arkansas

CR 01-604                                                         45 S.W.3d 386

Supreme Court of Arkansas
Opinion delivered June 14, 2001

*Lynn F. Plemmons*, for appellant.

No response.

---

PER CURIAM. Appellant, Ronald J. Dworshak, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Lynn F. Plemmons, admits in his motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.